UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOLLNER, | ) | Case No. 1:21 CV 499 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that the parties have reached settlements. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 60 days of the entry of this Order.

IT IS SO ORDERED.

_Donald C. Nugent_
DONALD C. NUGENT
United States District Judge

DATE: __October 20, 2021__